IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-037 |
| | ) | |
| BRO T. HESED-EL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 7.) Nothing in Plaintiff's objections warrants deviation from the Magistrate Judge's recommendation, nor does Plaintiff's Supplemental Notice of Removal cure the improper removal. (Doc. nos. 7, 8.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** Defendant's IFP Motion (doc. no. 2), **DISMISSES** this case, and **CLOSES** this civil action. Although "removal" was never accomplished in a procedurally proper manner, in an abundance of caution, the Court also **REMANDS** the two criminal cases to the State Court of Richmond

County.

SO ORDERED this 20th day of March, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA