IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STATE OF GEORGIA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | Case No. CV 118-037 |
| | ) | |
| BRO T. HESED-EL, | ) | Appeal No. 18-11414-E |
| a.k.a T. Anthony Hesed-El, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED,** this __18th__ day of September 2018.

_____
HONORABLE J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF GEORGIA**